JUDGE BRIEANT

08 CV 5149

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x

WARNER BROS. RECORDS INC., a Delaware : corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; UMG : RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a : Civil Action No.: Delaware general partnership; MAVERICK RECORDING COMPANY, a California joint : venture; and ARISTA RECORDS LLC, a Delaware limited liability company, :

        Plaintiffs,         :

                       :

        -against-         :

DOES 1-4,         :

        Defendants.         :

-------------------------------------------------- x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

    Plaintiffs, by their attorneys Robinson & Cole LLP, for their complaint against Defendants, allege:

### JURISDICTION AND VENUE

    1.    This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101 *et seq.*).

    2.    This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. §1331 (federal question); and 28 U.S.C. §1338(a) (copyright).

    3.    This Court has personal jurisdiction over the Defendants, Does 1-4, and venue in this District is proper under 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. § 1400, because, on information and belief, the Defendants reside in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.

## PARTIES

4.     Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

5.     Plaintiff Capitol Records, LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

7.     Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

8.     Plaintiff Maverick Recording Company is a joint venture between SR/MDM Venture Inc. and Maverick Records LLC, organized and existing under the laws of the State of California, with its principal place of business in the State of California.

9.     Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

10.     Plaintiffs are informed and believe that Defendants are individuals who resided in Bronxville, New York, within this District at the time of the infringement complained of herein. Upon information and belief, Defendants may still be found in this District.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

11.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

12.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings").   Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights, for which the Plaintiffs are the owners as specified on Exhibit A.

13.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

14.    Much of the unlawful distribution of copyrighted sound recordings over the Internet occurs via "peer-to-peer" ("P2P") file copying networks or so-called online media distribution systems.  P2P networks, at least in their most popular form, refer to computer systems or processes that enable Internet users to search for files (including audio recordings) stored on other users' computers and transfer exact copies of files from one computer to another via the Internet, which can include both downloading an exact copy of that file onto the user's own computer and distributing an exact copy of that file to other Internet users on the same P2P network.  P2P networks enable users who otherwise would have no connection with, or knowledge of, each other to provide a sophisticated search mechanism by which users can locate these files for downloading and to reproduce and distribute files off of their personal computers.

15.     Users of P2P networks who distribute files over a network can be identified by using Internet Protocol ("IP") addresses because the unique IP address of the computer offering the files for distribution can be captured by another user during a search or a file transfer. Users of P2P networks can be identified by their IP addresses because each computer or network device (such as a router) that connects to a P2P network must have a unique IP address within the Internet to deliver files from one computer or network device to another. Two computers cannot effectively function if they are connected to the Internet with the same IP address at the same time.

16.     Plaintiffs identified an individual(s) using the P2P network KaZaA at IP address 68.160.209.185 on June 13, 2005 at 11:31:49 distributing 349 audio files over the Internet. The internet service provider responsible for the IP address identified Joan C. Cassin as the individual responsible for that IP address at that date and time. Ms. Cassin denies that she engaged in any copyright infringement, but has failed to specify who is responsible. Plaintiffs, therefore, are filing the present action against unknown defendants. Plaintiffs are informed and believe that as of June 13, 2005, Defendants, without the permission or consent of Plaintiffs, had continuously used, and continued to use, a P2P network to download and/or distribute to the public the Copyrighted Recordings. Exhibit A identifies the date and time of capture and a list of Copyrighted Recordings that Defendants have, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public. Through Defendants' continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, which acts Plaintiffs believe to have been ongoing for some time, Defendants have violated Plaintiffs' exclusive rights of reproduction and distribution. Defendants' actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

4

17.    In addition to the sound recordings listed on Exhibit A, Plaintiffs are informed and believe that Defendants have, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are ongoing.

18.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendants.

19.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and indifference to the rights of Plaintiffs.

20.    As a result of Defendants' infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendants' infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

21.    The conduct of Defendants is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendants from further infringing Plaintiffs' copyrights, and ordering Defendants to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1.    For an injunction providing:

"Defendants shall be and hereby are enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendants also shall destroy all copies of Plaintiffs' Recordings that Defendants have downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendants' possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.    For such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       June 4, 2008

By: _____

Brian E. Moran (BM-8573)
David E. Ross  (DR-1513)
Robinson & Cole LLP
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Fax: (212) 451-2999

## EXHIBIT A

### DOES 1-4

| IP Address: 68.160.209.185 2005-06-13 11:31:49 | CASE ID# 67898385 |
|---|---|
| P2P Network: KaZaA | Total Audio Files: 349 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| Capitol Records, LLC | Bob Seger | Roll Me Away | Distance | 43-102 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Goodbye Earl | Fly | 275-086 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Every Word | Lovers Rock | 298-354 |
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| Arista Records LLC | Kenny G | Have Yourself A Merry Little Christmas | Miracles | 206-848 |
| Capitol Records, LLC | Bob Seger | Against the Wind | Against the Wind | 17-910 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |

7

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| UMG Recordings, Inc. | Counting Crows | Round Here | August and Everything After | 172-267 |
| UMG Recordings, Inc. | Vanessa Carlton | Ordinary Day | Be Not Nobody | 313-943 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| UMG Recordings, Inc. | Black Eyed Peas | Fly Away | Elephunk | 334-398 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Don't Stop Believin' | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | It's All Coming Back to Me Now | Falling Into You | 224-159 |
| UMG Recordings, Inc. | Jimmy Buffett | Margaritaville | Feeding Frenzy | 124-218 |
| UMG Recordings, Inc. | Gin Blossoms | Follow You Down | Follow You Down (single) | 231-383 |
| Warner Bros. Records Inc. | Van Halen | Right Now | For Unlawful Carnal Knowledge | 132-417 |
| UMG Recordings, Inc. | Tom Petty | Free Fallin' | Full Moon Fever | 103-541 |
| UMG Recordings, Inc. | Counting Crows | American Girls | Hard Candy | 321-021 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Landslide | Home | 314-722 |
| SONY BMG MUSIC ENTERTAINMENT | Indigo Girls | Closer to Fine | Indigo Girls | 101-524 |
| Maverick Recording Company | Alanis Morissette | Ironic | Jagged Little Pill | 213-545 |
| UMG Recordings, Inc. | Gin Blossoms | Hey Jealousy | New Miserable Experience | 147-035 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Rod Stewart | Forever Young | Out Of Order | 92-430 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Your Body Is a Wonderland | Room for Squares | 305-049 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
| SONY BMG MUSIC ENTERTAINMENT | Howie Day | She Says | Stop All The World Now | 349-701 |
| UMG Recordings, Inc. | Sheryl Crow | The First Cut is the Deepest | The Very Best of Sheryl Crow | 350-992 |
| UMG Recordings, Inc. | Counting Crows | Hangin' Around | This Desert Life | 271-316 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 83-157 |
| Maverick Recording Company | Alanis Morissette | Hands Clean | Under Rug Swept | 315-266 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |

**EXHIBIT A**

**DOES 1-4**

| IP Address: 68.160.209.185 2005-06-13 11:31:49 | CASE ID# 67898385 |
|---|---|
| P2P Network: KaZaA | Total Audio Files: 349 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| Capitol Records, LLC | Bob Seger | Roll Me Away | Distance | 43-102 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Goodbye Earl | Fly | 275-086 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Every Word | Lovers Rock | 298-354 |
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| Arista Records LLC | Kenny G | Have Yourself A Merry Little Christmas | Miracles | 206-848 |
| Capitol Records, LLC | Bob Seger | Against the Wind | Against the Wind | 17-910 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| UMG Recordings, Inc. | Counting Crows | Round Here | August and Everything After | 172-267 |
| UMG Recordings, Inc. | Vanessa Carlton | Ordinary Day | Be Not Nobody | 313-943 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| UMG Recordings, Inc. | Black Eyed Peas | Fly Away | Elephunk | 334-398 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Don't Stop Believin' | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | It's All Coming Back to Me Now | Falling Into You | 224-159 |
| UMG Recordings, Inc. | Jimmy Buffett | Margaritaville | Feeding Frenzy | 124-218 |
| UMG Recordings, Inc. | Gin Blossoms | Follow You Down | Follow You Down (single) | 231-383 |
| Warner Bros. Records Inc. | Van Halen | Right Now | For Unlawful Carnal Knowledge | 132-417 |
| UMG Recordings, Inc. | Tom Petty | Free Fallin' | Full Moon Fever | 103-541 |
| UMG Recordings, Inc. | Counting Crows | American Girls | Hard Candy | 321-021 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Landslide | Home | 314-722 |
| SONY BMG MUSIC ENTERTAINMENT | Indigo Girls | Closer to Fine | Indigo Girls | 101-524 |
| Maverick Recording Company | Alanis Morissette | Ironic | Jagged Little Pill | 213-545 |
| UMG Recordings, Inc. | Gin Blossoms | Hey Jealousy | New Miserable Experience | 147-035 |

2

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Rod Stewart | Forever Young | Out Of Order | 92-430 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Your Body Is a Wonderland | Room for Squares | 305-049 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
| SONY BMG MUSIC ENTERTAINMENT | Howie Day | She Says | Stop All The World Now | 349-701 |
| UMG Recordings, Inc. | Sheryl Crow | The First Cut is the Deepest | The Very Best of Sheryl Crow | 350-992 |
| UMG Recordings, Inc. | Counting Crows | Hangin' Around | This Desert Life | 271-316 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 83-157 |
| Maverick Recording Company | Alanis Morissette | Hands Clean | Under Rug Swept | 315-266 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |

AO 121 (6/90)

| TO: | | REPORT ON THE |
|-----|---|---------------|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.              DATE FILED | |

| PLAINTIFF<br>**WARNER BROS. RECORDS INC.; CAPITOL RECORDS, LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; MAVERICK RECORDING COMPANY; and ARISTA RECORDS LLC** | DEFENDANTS<br>**DOES 1-4** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>I Order  I Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

**EXHIBIT A**

**DOES 1-4**

| IP Address: 68.160.209.185 2005-06-13 11:31:49 | CASE ID# 67898385 |
|---|---|
| P2P Network: KaZaA | Total Audio Files: 349 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| Capitol Records, LLC | Bob Seger | Roll Me Away | Distance | 43-102 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Goodbye Earl | Fly | 275-086 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Every Word | Lovers Rock | 298-354 |
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| Arista Records LLC | Kenny G | Have Yourself A Merry Little Christmas | Miracles | 206-848 |
| Capitol Records, LLC | Bob Seger | Against the Wind | Against the Wind | 17-910 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| UMG Recordings, Inc. | Counting Crows | Round Here | August and Everything After | 172-267 |
| UMG Recordings, Inc. | Vanessa Carlton | Ordinary Day | Be Not Nobody | 313-943 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| UMG Recordings, Inc. | Black Eyed Peas | Fly Away | Elephunk | 334-398 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Don't Stop Believin' | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | It's All Coming Back to Me Now | Falling Into You | 224-159 |
| UMG Recordings, Inc. | Jimmy Buffett | Margaritaville | Feeding Frenzy | 124-218 |
| UMG Recordings, Inc. | Gin Blossoms | Follow You Down | Follow You Down (single) | 231-383 |
| Warner Bros. Records Inc. | Van Halen | Right Now | For Unlawful Carnal Knowledge | 132-417 |
| UMG Recordings, Inc. | Tom Petty | Free Fallin' | Full Moon Fever | 103-541 |
| UMG Recordings, Inc. | Counting Crows | American Girls | Hard Candy | 321-021 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Landslide | Home | 314-722 |
| SONY BMG MUSIC ENTERTAINMENT | Indigo Girls | Closer to Fine | Indigo Girls | 101-524 |
| Maverick Recording Company | Alanis Morissette | Ironic | Jagged Little Pill | 213-545 |
| UMG Recordings, Inc. | Gin Blossoms | Hey Jealousy | New Miserable Experience | 147-035 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Rod Stewart | Forever Young | Out Of Order | 92-430 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Your Body Is a Wonderland | Room for Squares | 305-049 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
| SONY BMG MUSIC ENTERTAINMENT | Howie Day | She Says | Stop All The World Now | 349-701 |
| UMG Recordings, Inc. | Sheryl Crow | The First Cut is the Deepest | The Very Best of Sheryl Crow | 350-992 |
| UMG Recordings, Inc. | Counting Crows | Hangin' Around | This Desert Life | 271-316 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 83-157 |
| Maverick Recording Company | Alanis Morissette | Hands Clean | Under Rug Swept | 315-266 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |

AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ~ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.**          **DATE FILED** | |

| PLAINTIFF<br>**WARNER BROS. RECORDS INC.; CAPITOL RECORDS, LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; MAVERICK RECORDING COMPANY; and ARISTA RECORDS LLC** | DEFENDANTS<br>**DOES 1-4** |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>I Order  I Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

**EXHIBIT A**

**DOES 1-4**

| IP Address: 68.160.209.185 2005-06-13 11:31:49 | CASE ID# 67898385 |
|---|---|
| P2P Network: KaZaA | Total Audio Files: 349 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| Capitol Records, LLC | Bob Seger | Roll Me Away | Distance | 43-102 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Goodbye Earl | Fly | 275-086 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Every Word | Lovers Rock | 298-354 |
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| Arista Records LLC | Kenny G | Have Yourself A Merry Little Christmas | Miracles | 206-848 |
| Capitol Records, LLC | Bob Seger | Against the Wind | Against the Wind | 17-910 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| UMG Recordings, Inc. | Counting Crows | Round Here | August and Everything After | 172-267 |
| UMG Recordings, Inc. | Vanessa Carlton | Ordinary Day | Be Not Nobody | 313-943 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| UMG Recordings, Inc. | Black Eyed Peas | Fly Away | Elephunk | 334-398 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Don't Stop Believin' | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | It's All Coming Back to Me Now | Falling Into You | 224-159 |
| UMG Recordings, Inc. | Jimmy Buffett | Margaritaville | Feeding Frenzy | 124-218 |
| UMG Recordings, Inc. | Gin Blossoms | Follow You Down | Follow You Down (single) | 231-383 |
| Warner Bros. Records Inc. | Van Halen | Right Now | For Unlawful Carnal Knowledge | 132-417 |
| UMG Recordings, Inc. | Tom Petty | Free Fallin' | Full Moon Fever | 103-541 |
| UMG Recordings, Inc. | Counting Crows | American Girls | Hard Candy | 321-021 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Landslide | Home | 314-722 |
| SONY BMG MUSIC ENTERTAINMENT | Indigo Girls | Closer to Fine | Indigo Girls | 101-524 |
| Maverick Recording Company | Alanis Morissette | Ironic | Jagged Little Pill | 213-545 |
| UMG Recordings, Inc. | Gin Blossoms | Hey Jealousy | New Miserable Experience | 147-035 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Rod Stewart | Forever Young | Out Of Order | 92-430 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Your Body Is a Wonderland | Room for Squares | 305-049 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
| SONY BMG MUSIC ENTERTAINMENT | Howie Day | She Says | Stop All The World Now | 349-701 |
| UMG Recordings, Inc. | Sheryl Crow | The First Cut is the Deepest | The Very Best of Sheryl Crow | 350-992 |
| UMG Recordings, Inc. | Counting Crows | Hangin' Around | This Desert Life | 271-316 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 83-157 |
| Maverick Recording Company | Alanis Morissette | Hands Clean | Under Rug Swept | 315-266 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |

AO 121 (6/90)

| TO: | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.          DATE FILED | |

| PLAINTIFF<br>WARNER BROS. RECORDS INC.; CAPITOL RECORDS, LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; MAVERICK RECORDING COMPANY; and ARISTA RECORDS LLC | DEFENDANTS<br>DOES 1-4 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>⊢ Order ⊢ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

**EXHIBIT A**

**DOES 1-4**

| IP Address: 68.160.209.185 2005-06-13 11:31:49 | CASE ID# 67898385 |
|---|---|
| P2P Network: KaZaA | Total Audio Files: 349 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| Capitol Records, LLC | Bob Seger | Roll Me Away | Distance | 43-102 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Goodbye Earl | Fly | 275-086 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Every Word | Lovers Rock | 298-354 |
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| Arista Records LLC | Kenny G | Have Yourself A Merry Little Christmas | Miracles | 206-848 |
| Capitol Records, LLC | Bob Seger | Against the Wind | Against the Wind | 17-910 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| UMG Recordings, Inc. | Counting Crows | Round Here | August and Everything After | 172-267 |
| UMG Recordings, Inc. | Vanessa Carlton | Ordinary Day | Be Not Nobody | 313-943 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| UMG Recordings, Inc. | Black Eyed Peas | Fly Away | Elephunk | 334-398 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Don't Stop Believin' | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | It's All Coming Back to Me Now | Falling Into You | 224-159 |
| UMG Recordings, Inc. | Jimmy Buffett | Margaritaville | Feeding Frenzy | 124-218 |
| UMG Recordings, Inc. | Gin Blossoms | Follow You Down | Follow You Down (single) | 231-383 |
| Warner Bros. Records Inc. | Van Halen | Right Now | For Unlawful Carnal Knowledge | 132-417 |
| UMG Recordings, Inc. | Tom Petty | Free Fallin' | Full Moon Fever | 103-541 |
| UMG Recordings, Inc. | Counting Crows | American Girls | Hard Candy | 321-021 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Landslide | Home | 314-722 |
| SONY BMG MUSIC ENTERTAINMENT | Indigo Girls | Closer to Fine | Indigo Girls | 101-524 |
| Maverick Recording Company | Alanis Morissette | Ironic | Jagged Little Pill | 213-545 |
| UMG Recordings, Inc. | Gin Blossoms | Hey Jealousy | New Miserable Experience | 147-035 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Rod Stewart | Forever Young | Out Of Order | 92-430 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Your Body Is a Wonderland | Room for Squares | 305-049 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
| SONY BMG MUSIC ENTERTAINMENT | Howie Day | She Says | Stop All The World Now | 349-701 |
| UMG Recordings, Inc. | Sheryl Crow | The First Cut is the Deepest | The Very Best of Sheryl Crow | 350-992 |
| UMG Recordings, Inc. | Counting Crows | Hangin' Around | This Desert Life | 271-316 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 83-157 |
| Maverick Recording Company | Alanis Morissette | Hands Clean | Under Rug Swept | 315-266 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |

15

AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION        ~ APPEAL | COURT NAME AND LOCATION | |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>**WARNER BROS. RECORDS INC.; CAPITOL RECORDS, LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; MAVERICK RECORDING COMPANY; and ARISTA RECORDS LLC** | DEFENDANTS<br>**DOES 1-4** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment        ☐ Answer        ☐ Cross Bill        ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>ⅼ  Order   ⅼ  Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new A0 279 for the appeal.

## EXHIBIT A

## DOES 1-4

| IP Address: 68.160.209.185 2005-06-13 11:31:49 | CASE ID# 67898385 |
|---|---|
| P2P Network: KaZaA | Total Audio Files: 349 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| Capitol Records, LLC | Bob Seger | Roll Me Away | Distance | 43-102 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Goodbye Earl | Fly | 275-086 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Every Word | Lovers Rock | 298-354 |
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| Arista Records LLC | Kenny G | Have Yourself A Merry Little Christmas | Miracles | 206-848 |
| Capitol Records, LLC | Bob Seger | Against the Wind | Against the Wind | 17-910 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| UMG Recordings, Inc. | Counting Crows | Round Here | August and Everything After | 172-267 |
| UMG Recordings, Inc. | Vanessa Carlton | Ordinary Day | Be Not Nobody | 313-943 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| UMG Recordings, Inc. | Black Eyed Peas | Fly Away | Elephunk | 334-398 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Don't Stop Believin' | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | It's All Coming Back to Me Now | Falling Into You | 224-159 |
| UMG Recordings, Inc. | Jimmy Buffett | Margaritaville | Feeding Frenzy | 124-218 |
| UMG Recordings, Inc. | Gin Blossoms | Follow You Down | Follow You Down (single) | 231-383 |
| Warner Bros. Records Inc. | Van Halen | Right Now | For Unlawful Carnal Knowledge | 132-417 |
| UMG Recordings, Inc. | Tom Petty | Free Fallin' | Full Moon Fever | 103-541 |
| UMG Recordings, Inc. | Counting Crows | American Girls | Hard Candy | 321-021 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Landslide | Home | 314-722 |
| SONY BMG MUSIC ENTERTAINMENT | Indigo Girls | Closer to Fine | Indigo Girls | 101-524 |
| Maverick Recording Company | Alanis Morissette | Ironic | Jagged Little Pill | 213-545 |
| UMG Recordings, Inc. | Gin Blossoms | Hey Jealousy | New Miserable Experience | 147-035 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Rod Stewart | Forever Young | Out Of Order | 92-430 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Your Body Is a Wonderland | Room for Squares | 305-049 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
| SONY BMG MUSIC ENTERTAINMENT | Howie Day | She Says | Stop All The World Now | 349-701 |
| UMG Recordings, Inc. | Sheryl Crow | The First Cut is the Deepest | The Very Best of Sheryl Crow | 350-992 |
| UMG Recordings, Inc. | Counting Crows | Hangin' Around | This Desert Life | 271-316 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 83-157 |
| Maverick Recording Company | Alanis Morissette | Hands Clean | Under Rug Swept | 315-266 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |

AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>**WARNER BROS. RECORDS INC.; CAPITOL RECORDS, LLC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; MAVERICK RECORDING COMPANY; and ARISTA RECORDS LLC** | DEFENDANTS<br>**DOES 1-4** |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>│ Order    │ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

**EXHIBIT A**

**DOES 1-4**

| IP Address: 68.160.209.185 2005-06-13 11:31:49 | CASE ID# 67898385 |
|---|---|
| | |
| P2P Network: KaZaA | Total Audio Files: 349 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| Capitol Records, LLC | Bob Seger | Roll Me Away | Distance | 43-102 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Goodbye Earl | Fly | 275-086 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Every Word | Lovers Rock | 298-354 |
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| Arista Records LLC | Kenny G | Have Yourself A Merry Little Christmas | Miracles | 206-848 |
| Capitol Records, LLC | Bob Seger | Against the Wind | Against the Wind | 17-910 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| UMG Recordings, Inc. | Counting Crows | Round Here | August and Everything After | 172-267 |
| UMG Recordings, Inc. | Vanessa Carlton | Ordinary Day | Be Not Nobody | 313-943 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| UMG Recordings, Inc. | Black Eyed Peas | Fly Away | Elephunk | 334-398 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Don't Stop Believin' | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | It's All Coming Back to Me Now | Falling Into You | 224-159 |
| UMG Recordings, Inc. | Jimmy Buffett | Margaritaville | Feeding Frenzy | 124-218 |
| UMG Recordings, Inc. | Gin Blossoms | Follow You Down | Follow You Down (single) | 231-383 |
| Warner Bros. Records Inc. | Van Halen | Right Now | For Unlawful Carnal Knowledge | 132-417 |
| UMG Recordings, Inc. | Tom Petty | Free Fallin' | Full Moon Fever | 103-541 |
| UMG Recordings, Inc. | Counting Crows | American Girls | Hard Candy | 321-021 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Landslide | Home | 314-722 |
| SONY BMG MUSIC ENTERTAINMENT | Indigo Girls | Closer to Fine | Indigo Girls | 101-524 |
| Maverick Recording Company | Alanis Morissette | Ironic | Jagged Little Pill | 213-545 |
| UMG Recordings, Inc. | Gin Blossoms | Hey Jealousy | New Miserable Experience | 147-035 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Rod Stewart | Forever Young | Out Of Order | 92-430 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Your Body Is a Wonderland | Room for Squares | 305-049 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
| SONY BMG MUSIC ENTERTAINMENT | Howie Day | She Says | Stop All The World Now | 349-701 |
| UMG Recordings, Inc. | Sheryl Crow | The First Cut is the Deepest | The Very Best of Sheryl Crow | 350-992 |
| UMG Recordings, Inc. | Counting Crows | Hangin' Around | This Desert Life | 271-316 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 83-157 |
| Maverick Recording Company | Alanis Morissette | Hands Clean | Under Rug Swept | 315-266 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Wide Open Spaces | Wide Open Spaces | 252-000 |