UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| WARNER BROS. RECORDS INC., et al, | Civil Action File No. |
| | 08-CV-5149 (CLB) |
| Plaintiff, | |
| -against- | |
| DOES 1-4, | |
| | **NOTICE OF** |
| Defendants. | **APPEARANCE** |
| | **(Filed electronically)** |

-----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for defendant

Joan Cassin, sued herein as "Doe".

Dated: New York, New York
       June 12, 2008

                                     **VANDENBERG & FELIU, LLP**

                                        /s/
By:_____
Ray Beckerman (RB 8783)
Attorneys for defendant Joan Cassin
sued herein as "Doe"
110 East 42 Street
New York, NY 10017
(212) 763-6800