UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MAVERICK RECORDING COMPANY, a California joint venture; and ARISTA RECORDS LLC, a Delaware limited liability company, | x : : : : : : | Case No.: 7:08-cv-5149 <br><br>Filed Electronically <br><br>**NOTICE OF APPEARANCE** |
| Plaintiffs, | : | |
| -against- | : | |
| DOES 1-4, | : | |
| Defendant. | : x | |

To the Clerk of this Court and all parties of record:

Please enter my appearance on behalf of Plaintiffs, WARNER BROS. RECORDS INC.,

a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company;

UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC

ENTERTAINMENT, a Delaware general partnership; MAVERICK RECORDING COMPANY,

a California joint venture; and ARISTA RECORDS LLC, a Delaware limited liability company.

I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        June 16, 2008

                          **ROBINSON & COLE LLP**


                    By /s/ Victor B. Kao
                       Victor B. Kao (VK-6967)
                       *Attorneys for Defendants*
                       885 Third Avenue, 28th Floor
                       New York, NY  10022
                       Tel. No.: (212) 451-2900
                       Fax No.: (212) 451-2999
                       vkao@rc.com

## CERTIFICATE OF SERVICE

I, Victor B. Kao, hereby certify that on this 15th day of May, 2008, I served a true copy of the foregoing NOTICE OF APPEARANCE via ECF, upon the following:

Ray Beckerman, Esq.
*Counsel for Defendant*
rbeckerman@vanfeliu.com

/s/ Victor B. Kao
Victor B. Kao (VK-6967)