**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

WARNER BROS. RECORDS INC., et al,                    No. 08 CV 5149 (CLB)

                   Plaintiffs,

        -against-

DOES 1-4,                                            **NOTICE OF CHANGE OF**
                                                     **ADDRESS OF**
                                                     **DEFENDANT'S ATTORNEY**

                   Defendant.

---------------------------------------------------------------x

**TO THE CLERK OF THE COURT AND TO ALL COUNSEL:**

        **PLEASE TAKE NOTICE** that the address of the attorney for Joan C. Cassin has

changed to the following:

        Ray Beckerman
        Ray Beckerman, P.C.
        108-18 Queens Boulevard (4th Floor)
        Forest Hills, NY 11375
        Email: ray@beckermanlegal.com
        Phone (718) 544-3434 Fax (718) 559-6584

Dated: New York, New York
     June 17, 2008


                    **VANDENBERG & FELIU, LLP**
                    Withdrawing Attorneys for defendant
                           /s/
                    By:_____
                       Ray Beckerman (RB8783)
                    110 East 42 Street
                    New York, NY 10017
                    (212) 763-6800