UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCANNED

---

WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MAVERICK RECORDING COMPANY, a California joint venture; and ARISTA RECORDS LLC, a Delaware limited liability company,

        Plaintiffs,

-against-

DOES 1-4,

        Defendant.

Civil Action No.: 7:08-cv-5149

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Victor B. Kao, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Timothy M. Reynolds, Esq. |
| Firm Name: | Holme Roberts & Owen LLP |
| Address: | 1801 13th Street, Suite 300 |
| City/State/Zip: | Boulder, Colorado  80302 |
| Phone Number: | (303) 444-5955 |
| Fax Number: | (303) 866-0200 |

Timothy M. Reynolds is a member in good standing of the Bar of the States of Colorado and Wyoming.

---

There are no pending disciplinary proceedings against Timothy M. Reynolds in any State or Federal court.

#1339936 v1

Dated: New York, New York
June 17, 2008

Respectfully submitted:

|  | ROBINSON & COLE LLP<br><br>By: _/s/ Victor B. Kao_<br>Victor B. Kao (VK-6967)<br>28th Floor, 885 Third Avenue<br>New York, NY 10022<br>Telephone: 212-451-2900<br>Facsimile: 212-451-2999<br><br>Attorneys for Plaintiffs |
|---|---|

2

#1339936 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MAVERICK RECORDING COMPANY, a California joint venture; and ARISTA RECORDS LLC, a Delaware limited liability company,

        Plaintiffs,

-against-

DOES 1-4,

        Defendant.

---------------------------------------------------------------x

Civil Action No.: 7:08-cv-5149 (_B)

**AFFIDAVIT OF VICTOR B. KAO, ESQ. IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Victor B. Kao, being duly sworn, hereby deposes and says as follows:

1. I am an associate at the law firm of Robinson & Cole LLP, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Timothy M. Reynolds as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Timothy M. Reynolds since 2007.

4. Mr. Reynolds is a Partner at the law firm of Holme Roberts & Owen LLP, in Denver, Colorado.

5. I have found Mr. Reynolds to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move this Court for the admission of Timothy M. Reynolds, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Timothy M. Reynolds, pro hac vice, which is attached hereto as Exhibit A.

#1339936 v2

WHEREFORE it is respectfully requested that the motion to admit Timothy M. Reynolds, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Dated: New York, New York
       June 17, 2008

Respectfully submitted:

|  | ROBINSON & COLE LLP<br><br>By: _____<br>Victor B. Kao (VK-6967)<br>28th Floor, 885 Third Avenue<br>New York, NY 10022<br>Telephone: 212-451-2900<br>Facsimile: 212-451-2999<br><br>Attorneys for Plaintiffs |
|---|---|

Sworn to before me this
17th day of June, 2008.

_Brenda Fishman_
Notary Public

Brenda Fishman
Notary Public, State of New York
No. 01...51
Qualified i...
My Commission ... 05-30-2010

2

#1339936 v2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MAVERICK RECORDING COMPANY, a California joint venture; and ARISTA RECORDS LLC, a Delaware limited liability company,

                Plaintiffs,

-against-

DOES 1-4,

                Defendant.

----------------------------------------------------------------x

Civil Action No.: 7:08-cv-5149

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Victor B. Kao, attorney for Warner Bros. Records Inc., Capitol Records, LLC, UMG Recordings, Inc., Sony BMG Music Entertainment, Maverick Recording Company, and Arista Records LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Timothy M. Reynolds, Esq. |
| Firm Name: | Holme Roberts & Owen LLP |
| Address: | 1801 13th Street, Suite 300 |
| City/State/Zip: | Boulder, Colorado 80302 |
| Phone Number: | (303) 444-5955 |
| Fax Number: | (303) 866-0200 |

is admitted to practice pro hac vice as counsel for Warner Bros. Records Inc., Capitol Records, LLC, UMG Recordings, Inc., Sony BMG Music Entertainment, Maverick Recording Company and Arista Records LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the

#1339936 v4

Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court

Dated: New York, New York
      June _____, 2008

_____
United States District/Magistrate Judge

2

#1339936 v4



# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**TIMOTHY MICHAEL REYNOLDS**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **25th** day of **October** A.D. **1999** and that at the date hereof the said **TIMOTHY MICHAEL REYNOLDS** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **5th** day of **June** A.D. **2008**

*Susan J. Festag*

**CERTIFICATE OF THE CLERK OF THE SUPREME COURT
OF THE
STATE OF WYOMING**

I, Judy Pacheco, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

T I M O T H Y   M I C H A E L   R E Y N O L D S

was on the 13th day of April, 2000, duly admitted to practice as an Attorney and Counsellor at Law in all the courts of Wyoming; that the above admittee has never been disbarred or suspended; that no disciplinary proceedings are pending against this admittee; and that this admittee's name now appears on the Roll of Attorneys in this office as a member of the bar in good standing.

Given under my hand and the seal of said Court this 27th day of May, 2008.

*Judy Pacheco*
_____ Clerk