UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MAVERICK RECORDING COMPANY, a California joint venture; and ARISTA RECORDS LLC, a Delaware limited liability company,

        Plaintiffs,

-against-

DOES 1-4,

        Defendant.

---------------------------------------------------------------x

Civil Action No.: 7:08-cv-5149

**ORDER FOR
ADMISSION PRO HAC VICE
ON WRITTEN MOTION**



U.S. DISTRICT COURT FILED JUL 0 1 2008 S.D. W.P. OF N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Upon the motion of Victor B. Kao, attorney for Warner Bros. Records Inc., Capitol Records, LLC, UMG Recordings, Inc., Sony BMG Music Entertainment, Maverick Recording Company, and Arista Records LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Timothy M. Reynolds, Esq. |
| Firm Name: | Holme Roberts & Owen LLP |
| Address: | 1801 13th Street, Suite 300 |
| City/State/Zip: | Boulder, Colorado  80302 |
| Phone Number: | (303) 444-5955 |
| Fax Number: | (303) 866-0200 |

is admitted to practice pro hac vice as counsel for Warner Bros. Records Inc., Capitol Records, LLC, UMG Recordings, Inc., Sony BMG Music Entertainment, Maverick Recording Company and Arista Records LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the

#1339936 v4

Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court

Dated: New York, New York
       June ___27___, 2008

                                        ___Charles L. Brieant___
                                        United States District/Magistrate Judge

2

#1339936 v4