UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

WARNER BROS. RECORDS INC., et al.,     08-CV-5149 (CS)

        Plaintiffs,

  -against-

DOES 1-4,

        Defendants.
----------------------------------------------------------------x    **NOTICE OF MOTION**

        Upon the June 12, 2008, letter of Ray Beckerman, previously submitted to the Court and filed by the Clerk of the Court, and upon all prior papers and proceedings herein and in *Warner v. Cassin*, 06-CV-3089 (SCR), and upon the June 16, 2008, letter of Victor B. Kao, Esq., indicating that "Plaintiffs have no objection to the reassignment of this case to Judge Robinson", Joan Cassin will move this Court on September 5, 2008, at 9:30 A.M., at the Courthouse, 300 Quarropas Street, White Plains, New York, for an order (a) designating the instant case as a "related case" to *Warner v. Cassin*, 06-CV-3089 (SCR) and referring the case to Judge Stephen C. Robinson, (b) denying plaintiffs' ex parte motion for discovery, without prejudice to further disposition by Judge Robinson, and (c) such other and further relief as to the Court seems proper.

Dated: New York, New York
      August 22, 2008

**RAY BECKERMAN, P.C.**

/s/Ray Beckerman
By:_____
Ray Beckerman (RB 8783)
Attorneys for Joan Cassin
108-18 Queens Boulevard, 4th Floor
Forest Hills, NY 11375
(718) 544-3434
ray@beckermanlegal.com

To: Robinson & Cole, LLP, Esqs.
  Attorneys for Plaintiffs
  885 Third Avenue (Suite 2800)
  New York, NY 10022
  (212) 451-2900
  vkao@rc.com